897 A.2d 315

IN THE MATTER OF NUSSEY I. SARAYA, AN ATTORNEY
AT LAW (ATTORNEY NO. 020611978).

May 11, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05-210, recommending that **NUSSHY I. SARA-YA** of **BARNEGAT**, who was admitted to the bar of this State in 1978, and who has been temporarily suspended from the practice of law since June 21, 2002, be disbarred as a matter of final discipline based on respondent's conviction of third-degree theft by deception, in violation of *N.J.S.A.* 2C:20–4, and third-degree forgery, in violation of *N.J.S.A.* 2C:21–1(a)(2), conduct in violation of *RPC* 1.15(a)(b) (failure to safeguard funds and to promptly deliver them to client or third party), *RPC* 8.4(b) (commission of a criminal act that reflects adversely on attorney's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **NUSSHY I. SARAYA** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **NUSSHY I. SARAYA** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **NUSSHY I. SARAYA** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that if respondent's criminal conviction is overturned in collateral proceedings, respondent may move to vacate the Order of disbarment; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.